## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHRISTOPHER BUSBY,

    Plaintiff(s),

v.

LORA CODY,

    Defendant(s).

Case No.: 2:19-cv-01422-APG-NJK

**REPORT AND RECOMMENDATION**

On July 9, 2020, the Court screened Plaintiff's amended complaint. Docket No. 10. The Court found that Plaintiff's amended complaint was deficient. *Id.* at 1–3. As a result, the Court dismissed Plaintiff's amended complaint and granted Plaintiff leave to amend, requiring that a second amended complaint be filed no later than August 10, 2020. *Id.* at 4. The Court warned that "**[f]ailure to comply with this order w[ould] result in the recommended dismissal of this case**." *Id.* (emphasis in original). To date, Plaintiff has not filed a second amended complaint or any request to extend the deadline for filing one. *See* Docket.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: August 13, 2020

                                                                                   Nancy J. Koppe
                                                                                   United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).