UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BUSBY,<br><br>    Plaintiff<br><br>v.<br><br>LORA CODY,<br><br>    Defendant | Case No.: 2:19-cv-01422-APG-NJK<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 11] |

On August 13, 2020, Magistrate Judge Koppe recommended that I dismiss this case because plaintiff Christopher Busby did not file a second amended complaint by the August 10, 2020 deadline. ECF No. 11.  Busby did not file an objection.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 11) is accepted**, this case is dismissed without prejudice, and the clerk of court is instructed to close this case.

DATED this 2nd day of September, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE