UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BUSBY,<br><br>  Plaintiff<br><br>v.<br><br>LORA CODY and LVMPD,<br><br>  Defendants | Case No.: 2:19-cv-01422-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 18] |

On November 24, 2020, Magistrate Judge Koppe recommended that I dismiss plaintiff Christopher Busby's second amended complaint with prejudice. ECF No. 18.  Busby did not file an objection.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 18) is accepted and plaintiff Christopher Busby's second amended complaint **(ECF No. 17) is DISMISSED with prejudice**.  The clerk of court is instructed to close this case.

DATED this 17th day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE