# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRISTOPHER BUSBY,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

    Defendant.

Case No.: 2:19-cv-01422-APG-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 16, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: November 2, 2021

_____
Nancy J. Koppe
United States Magistrate Judge