# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BUSBY,<br><br>　　Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>　　Defendant. | Case No.: 2:19-cv-01422-APG-NJK<br><br>**Order**<br><br>[Docket No. 38] |

Pending before the Court is Defendant's proposed discovery plan which, Defendant submits, Plaintiff refused to sign. Docket No. 38. The Local Rules require the submission of a discovery plan created and agreed upon by the parties. *See* Local Rule 26-1(a). The Court **ADMONISHES** Plaintiff for his failure to comply with the requirements of the Local Rules and reminds him that strict compliance with the Local Rules and cooperation with opposing counsel is expected in the future.

The Court **DENIES** Defendant's proposed discovery plan, Docket No. 38, and **SETS** the discovery deadlines as follows:

- Amend pleadings/Add parties:  February 15, 2022
- Initial experts:  March 17, 2022
- Rebuttal experts:  April 16, 2022
- Discovery cutoff:  May 16, 2022
- Dispositive motions:  June 15, 2022
- Joint proposed pretrial order:  July 15, 2022, or 30 days after resolution of dispositive motions, or further Court order.

IT IS SO ORDERED.

Dated: November 17, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1