# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BUSBY,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>    Defendant. | Case No. 2:19-cv-01422-APG-NJK<br><br>**Order**<br><br>[Docket No. 42] |

On April 4, 2022, Plaintiff filed a motion to inform the Court as to why he was submitting responses to Defendant's discovery requests late and attaching responses to interrogatories, requests for admission, and requests for production. Docket No. 42. The motion relates to discovery responses and the attachments are discovery documents. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. LR 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: April 22, 2022

                                                                                Nancy J. Koppe
                                                                                United States Magistrate Judge